**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SPACE COAST CREDIT UNION, | ) | |
| | ) | |
| Plaintiff/Counter Defendant | ) | |
| | ) | |
| v. | ) | No.    13-cv-251-JPG/SCW |
| | ) | |
| MEADOWS CREDIT UNION, | ) | |
| | ) | |
| Defendant/Counter Claimant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**MEMORANDUM AND  ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 37).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action

without a court order pursuant to a stipulation signed by all parties.  Here, plaintiff has presented

a stipulation of dismissal signed by all parties.  Pursuant to the parties' stipulation, this case is

**DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: November 4, 2013

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE